**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7382**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

MARK BELLAMY, a/k/a Big Mark,

                Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  C. Weston Houck, Senior District Judge.  (4:03-cr-00474-CWH-3)

Submitted:  October 15, 2009        Decided:  October 22, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mark Bellamy, Appellant Pro Se.  Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Bellamy appeals a district court order denying his motion for a sentence reduction filed under 18 U.S.C. § 3582(c) (2006). We affirm.

The legal interpretations of the Sentencing Guidelines and the amendments are reviewed de novo. Factual findings are reviewed for clear error. See United States v. Turner, 59 F.3d 481, 483-84 (4th Cir. 1995). This court reviews the denial of a motion for a reduction in the sentence under § 3582(c)(2) for abuse of discretion. United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004).

We find the district court did not err in concluding that at sentencing Bellamy was held responsible for more than 4.5 kilograms of crack cocaine. Thus, he was not eligible for a sentence reduction under Amendment 706. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED